# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2101
Lower Tribunal No. 2025-CC-000052
_____

MICHAEL V. GREENAN,

Appellant,

v.

HOMETOWN TITLE & CLOSING SERVICES, LLC,

Appellee.

_____

Appeal from the County Court for Charlotte County.
Sean Lux, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED. *See Harrell v. State*, 894 So. 2d 935, 940 (Fla. 2005) ("Moreover, we consistently have stated that proper preservation entails three components. First, a litigant must make a timely, contemporaneous objection. Second, the party must state a legal ground for that objection. Third, '[i]n order for an argument to be cognizable on appeal, it must be the specific contention asserted as legal ground for the objection, exception, or motion below.'" (quoting *Steinhorst v. State*, 412 So. 2d 332, 338 (Fla. 1982))); *Fi-Evergreen Woods, LLC v.*

*Robinson*, 135 So. 3d 331, 333 n.2 (Fla. 5th DCA 2013) ("To preserve an issue for appellate review, the appellant must have obtained, *inter alia,* a ruling in the lower tribunal." (citing *Carratelli v. State*, 832 So. 2d 850, 856 (Fla. 4th DCA 2002))); *Stanton v. Fla. Dep't of Health*, 129 So. 3d 1083, 1085 (Fla. 1st DCA 2013) ("It is a well-established maxim of appellate practice that '[c]laims for which an appellant has not presented any argument, or for which he provides only conclusory argument, are insufficiently presented for review and are waived.'" (quoting *Hammond v. State*, 34 So. 3d 58, 59 (Fla. 4th DCA 2010))).

WOZNIAK, MIZE and PRATT, JJ., concur.


Michael V. Greenan, Mathews, Virginia, pro se.

Jennifer L. Mantoni, of Mantoni Legal, P.A., Port Charlotte, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED